| | |
|---|---|
| DR. ORIEN L. TULP : | UNITED STATES DISTRICT |
| President of the : | COURT FOR THE EASTERN |
| University of Science, Arts, and Technology : | DISTRICT OF PENNSYLVANIA |
| vs. : | |
| EDUCATIONAL COMMISSION FOR : | 2:18-cv-05540-WB |
| FOREIGN MEDICAL GRADUATES : | |
| and : | |
| DR. WILLIAM W. PINSKY : | |
| President and CEO : | |
| Educational Commission for : | |
| Foreign Medical Graduates : | JURY TRIAL DEMANDED |

## ORDER FOR A PERMANENT AND/OR PRELIMINARY INJUNCTION

AND NOW, this _____ day of _____, 2019, upon consideration of plaintiff's motion for a permanent and/or preliminary injunction, and any response by defendants thereto, it is hereby ORDERED and DECREED that defendants are enjoined from taking any further adverse action against plaintiff, and defendants are to immediately resume processing the medical examinations of the students of USAT, and release their examination scores, and remove the negative advisory from the sponsor notes on the World Directory of Medical Schools listing for the USAT College of Medicine.

BY THE COURT:

_____
Honorable Wendy Beetlestone
United States District Court Judge