**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX (215) 985-0169

National Association of Professional Process Servers

Dr Orien L Tulp, President of the University of Science, Arts, and Technology
-VS-
Educational Commission for Foreign Medical Graduates, et al

**COURT**: United States District Court, Eastern District of Pennsylvania

**CASE NUMBER**: 2:18-cv-05540-WB

State of **Pennsylvania**
County of **Philadelphia**

**AFFIDAVIT**

**B&R Control #** PS157560.03
**Reference Number**

---

**SERVICE INFORMATION**

On **12/31/2018**, we received the **Summons and Complaint**
For service upon: **Educational Commission for Foreign Medical Graduates**
At **3624 Market Street, Philadelphia, PA 19104**

**FILED**
JAN 03 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

---

☑ **Served**  Date **1·2·19**  Time **10:50am**  Accepted By: **Joseph De Clementi, Supervisor**

In the manner described below
☐ Personally served.
☐ Adult in charge of residence, relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of residence lodging _____
☑ Agent or person in charge of office or usual place of business **Educational Commission for Foreign Medical Graduates**
☐ Other

**Description of Person**  Age **50-60**  Height **5'9"**  Weight **161-200**  Race **W**  Sex **M**
Other

☐ **Not Served**  Date ____  Time ____  ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant
☐ Other ____

---

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff

Sworn to and subscribed before me this **2nd** day of **January 2019**
_Theresa DeTommaso_
Notary Public

Client  Phone (215) 564-1635
Filed Date: **12/24/2018**   BR Serve By: **01/02/2019**

William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste 1200
Philadelphia, PA 19102



**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| DR. ORIEN L. TULP, *PRESIDENT OF THE UNIVERSITY OF SCIENCE, ARTS, AND TECHNOLOGY*<br>*Plaintiff(s)*<br>v.<br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES & DR. WILLIAM W. PINSKY, *PRESIDENT AND CEO EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES*<br>*Defendant(s)* | Civil Action No.   18-5540 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ECFMG
3624 Market St.
Philadelphia, Pa. 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WILLIAM C. REIL
1515 MARKET ST SUITE 1200
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   12/24/2018

Signature of Clerk or Deputy Clerk

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   18-5540

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Educational Commission for Foreign Medical Graduates**
was received by me on *(date)* **12/31/18**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Joseph DeClementi - Supervisor**, who is designated by law to accept service of process on behalf of *(name of organization)* **Educational Commission for Foreign Medical Graduates** on *(date)* **1-2-19** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **1-2-19**

_____
Server's signature

**James Davis - Process Server**
Printed name and title

**235 S. 18th St. Philadelphia Pa 19107**
Server's address

Additional information regarding attempted service, etc:

## United States District Court
## Eastern District of Pennsylvania
## NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF
## CIVIL ACTION OR PROCEEDING TO MAGISTRATE JUDGE

1. When authorized under 28 U.S.C. § 636(c), a magistrate judge may, if all parties consent, and if it is approved by the district judge to whom the case is assigned, conduct a civil action or proceeding, including a jury or non-jury trial or proceeding [Fed. R. Civ. P. 73(a); Local R. Civ. P. 72.1 III.(b)].

2. A party is free to withhold consent to referral to a magistrate judge without adverse substantive consequences [Fed. R. Civ. P. 73(b)(2)].

3. A party's decision to consent, or not to consent, will not be made known to the assigned judge or magistrate judge unless the parties have consented to the reference to the magistrate judge [Fed. R. Civ. P. 73(b)(1); Local R. Civ. P. 72.1 III.(b)(2)].

4. No action eligible for arbitration will be referred to a magistrate judge until the arbitration has been concluded and trial *de novo* demanded [Local R. Civ. P. 53.2.7.].

5. The Court may, for good cause shown, on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter or proceeding to a magistrate judge [Fed. R. Civ. P. 73(b)(3)].

6. When a case is referred to a magistrate judge to conduct a civil action or proceeding, including the entry of final judgment, the final judgment may be taken to the court of appeals in the same manner as an appeal from any other judgment of a district court [Fed. R. Civ. P. 73(c)].

JUAN R. SÁNCHEZ
CHIEF JUDGE


KATE BARKMAN
CLERK OF COURT

*This Notice is being given pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local R.Civ. P. 72.1, 53.2.

**B&R** Services for Professionals Inc.
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX (215) 985-0169

**NAPPS** National Association of Professional Process Servers

Dr Orien L Tulp, President of the University of Science, Arts, and Technology
-VS-
Educational Commission for Foreign Medical Graduates, et al

**COURT**: United States District Court, Eastern District of Pennsylvania

**CASE NUMBER**: 2:18-cv-05540-WB

State of Pennsylvania
County of Philadelphia

**AFFIDAVIT**

**B&R Control #** PS157560.04
**Reference Number**

---

### SERVICE INFORMATION

On **12/31/2018**, we received the **Summons and Complaint**
For service upon: **Dr William W Pinsky, President and CEO Educational Commission For Foreign Medical Graduates**
At **3624 Market Street, Philadelphia, PA 19104**

**FILED**
JAN 03 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

---

☑ **Served** Date 1-2-19 Time 10:50am Accepted By Joseph De Clementi

In the manner described below.
- ☐ Personally served.
- ☐ Adult in charge of residence, relationship is _____
- ☐ Adult in charge of residence who refused to give name and/or relationship.
- ☐ Manager/Clerk of place of residence lodging _____
- ☑ Agent or person in charge of office or usual place of business  Dr William W Pimsky - Educational
- ☐ Other  Commission for foreign Medical Graduates

**Description of Person** Age 50-60  Height 5'9"  Weight 161-200  Race W  Sex M
Other _____

☐ **Not Served** Date _____ Time _____  ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant
☐ Other _____

---

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff

Sworn to and subscribed before me this
2nd day of January 2019
_____
Notary Public

Client  Phone (215) 564-1635

**Filed Date**: 12/24/2018  **BR Serve By**: 01/02/2019

William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste 1200
Philadelphia, PA 19102



**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| DR. ORIEN L. TULP, *PRESIDENT OF THE UNIVERSITY OF SCIENCE, ARTS, AND TECHNOLOGY* <br> *Plaintiff(s)* <br> v. <br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES & DR. WILLIAM W. PINSKY, *PRESIDENT AND CEO EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES* <br> *Defendant(s)* | Civil Action No. 18-5540 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dr. William W. Pinsky
3624 Market St.
Philadelphia, PA. 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WILLIAM C. REIL
1515 MARKET ST SUITE 1200
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___12/24/2018___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-5540

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. William W. Pinsky, President, CEO
was received by me on *(date)* 12/31/18 Educational Commission for Foreign Medical Graduates.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joseph DeClementi, Supervisor, who is
designated by law to accept service of process on behalf of *(name of organization)* Educational Commission
for Foreign Graduate Students on *(date)* 1-2-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1-2-19

*Server's signature*

James Davis  Process Server
*Printed name and title*

235 S. 13th St. Philadelphia Pa 19107
*Server's address*

Additional information regarding attempted service, etc:

# United States District Court
# Eastern District of Pennsylvania
## NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO MAGISTRATE JUDGE

1. When authorized under 28 U.S.C. § 636(c), a magistrate judge may, if all parties consent, and if it is approved by the district judge to whom the case is assigned, conduct a civil action or proceeding, including a jury or non-jury trial or proceeding [Fed. R. Civ. P. 73(a); Local R. Civ. P. 72.1 III.(b)].

2. A party is free to withhold consent to referral to a magistrate judge without adverse substantive consequences [Fed. R. Civ. P. 73(b)(2)].

3. A party's decision to consent, or not to consent, will not be made known to the assigned judge or magistrate judge unless the parties have consented to the reference to the magistrate judge [Fed. R. Civ. P. 73(b)(1); Local R. Civ. P. 72.1 III.(b)(2)].

4. No action eligible for arbitration will be referred to a magistrate judge until the arbitration has been concluded and trial *de novo* demanded [Local R. Civ. P. 53.2.7.].

5. The Court may, for good cause shown, on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter or proceeding to a magistrate judge [Fed. R. Civ. P. 73(b)(3)].

6. When a case is referred to a magistrate judge to conduct a civil action or proceeding, including the entry of final judgment, the final judgment may be taken to the court of appeals in the same manner as an appeal from any other judgment of a district court [Fed. R. Civ. P. 73(c)].

JUAN R. SÁNCHEZ
CHIEF JUDGE


KATE BARKMAN
CLERK OF COURT

*This Notice is being given pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local R.Civ. P. 72.1, 53.2.