LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635

| | | |
|---|---|---|
| DR. ORIEN L. TULP | : | UNITED STATES DISTRICT |
| President of the | : | COURT FOR THE EASTERN |
| University of Science, Arts, and Technology | : | DISTRICT OF PENNSYLVANIA |
| vs. | : | |
| EDUCATIONAL COMMISSION FOR | : | 2:18-cv-05540-WB |
| FOREIGN MEDICAL GRADUATES | : | |
| and | : | |
| DR. WILLIAM W. PINSKY | : | |
| President and CEO | : | |
| Educational Commission for | : | |
| Foreign Medical Graduates | : | JURY TRIAL DEMANDED |

## PRAECIPE TO ATTACH AN AFFIDAVIT OF SERVICE TO PLAINTIFF'S MOTION FOR A PRELIMINARY AND/OR PERMANENT INJUNCTION

To the Clerk of Court:

Kindly attach the Certificate of Service enclosed herein to Plaintiff's Motion for a

Preliminary and/or Permanent Injunction filed by Plaintiffs on January 2, 2019.

Respectfully submitted:

William C. Reil
I.D. No: 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635

*Attorney for Plaintiff,*
*Orien L. Tulp*

Dated: January 4, 2019