IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Dr. Orient I Tulp                   :         CIVIL ACTION
                                    :
        v.                          :
ECFMG et al                         :
                                    :         NO.  2:18-cv-05540-WB

## ORDER

AND NOW, this 2    Day of January    , 2019 , it is hereby

ORDERED that the application of Tommy Swate         , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:18-cv-05540-WB

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Tommy Swate__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __5665__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Texas | 01/01/1970 | 19557705 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Eastern District TX | 03/07/1989 | 19557705 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Fifth Circuit | 02/20/1990 | 19557705 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* __Plaintiff, Dr. Tulp__

(Applicant's Signature)

12/31/18
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Tommy Swate, Attorney at Law, 403 Wild Plum, Houston, Texas 77013

Sworn and subscribed before me this

___ Day of _____, 200___

_____
Notary Public

10/04

This certificate is attached to a __1__ page document dated __12/31/18__ entitled __Civil Action No:__

## ACKNOWLEDGMENT CERTIFICATE  __2:18-cv-05540-WB__

State of __Texas__
County of __Harris__

Before me, __Renee S. Howard__, on this
day personally appeared __Tommy Ernest Swate__,
_Name of Notary Public_   _Name of signer(s)_

to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that he/she/they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __31st__ day of __Dec.__, __2018__.
_Year_

__Renee Howard__
Notary Public's Signature

RENEE S. HOWARD
Notary Public, State of Texas
My Commission Expires
October 05, 2019

(Seal)

**Signer's Identity verified by:**
☐ *Personally known to me*
☐ *Identity proven on the oath* _____
_Name of credible witness_
☒ *Identity proven on the basis of* __TX DL__
_Description of identity card or other document_

Copyright ©2011 American Association of Notaries, Inc. PO Box 630601 Houston, TX 77263 1-800-721-2663 www.usnotaries.com

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Tommy Swate____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William C. Reil, Esquire | *William C. Reil* | 11/23/1977 | 26833 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1515 Market Street, Suite 1200

Philadelphia, PA 19102

215-564-1635

Sworn and subscribed before me this

3rd day of January 2019

*Amanda Kaye Slovak*
Notary Public

Commonwealth of Pennsylvania - Notary Seal
AMANDA KAYE SLOVAK, Notary Public
Philadelphia County
My Commission Expires February 23, 2022
Commission Number 1328061

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dr. Orient I Tulp | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ECFMG et al | : | |
| | : | NO. 2:18-cv-05540-WB |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Tommy Swate___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was

_____

_____

_____

_[signature]_
Signature of Attorney

_Tommy Swate_
Name of Attorney

_William C. Rea_
Name of Moving Party

_1/3/19_
Date