IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:18-cv-05540-WB

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Tommy Swate** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **5665**, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Texas | 01/01/1970 | 19557705 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Eastern District TX | 03/07/1989 | 19557705 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Fifth Circuit | 02/20/1990 | 19557705 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* **Plaintiff, Dr. Tulp**

(Applicant's Signature)

12/31/18
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Tommy Swate, Attorney at Law, 403 Wild Plum, Houston, Texas 77013

Sworn and subscribed before me this

____ Day of _____, 200__

Notary Public

10/04

This certificate is attached to a __1__ page document dated __12/31/18__ entitled __Civil Action No:__

## ACKNOWLEDGMENT CERTIFICATE  2:18-cv-05540-WB

State of __Texas__
County of __Harris__

Before me, __Renee S. Howard__ (Name of Notary Public), on this day personally appeared __Tommy Ernest Swate__ (Name of signer(s)),

to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that he/she/they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __31st__ day of __Dec.__, __2018__.

__Renee Howard__
Notary Public's Signature

RENEE S. HOWARD
Notary Public, State of Texas
My Commission Expires
October 05, 2019

(Seal)

**Signer's Identity verified by:**
☐ Personally known to me
☐ Identity proven on the oath _____ (Name of credible witness)
☒ Identity proven on the basis of __TX DL__ (Description of identity card or other document)

Copyright ©2011 American Association of Notaries, Inc.  PO Box 630601 Houston, TX 77263  1-800-721-2663  www.usnotaries.com

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Tommy Swate___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William C. Reil, Esquire | *William C. Reil* (signature) | 11/23/1977 | 26833 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1515 Market Street, Suite 1200

Philadelphia, PA 19102

215-564-1635

Sworn and subscribed before me this

3rd day of January 2019

*Amanda Kaye Slovak* (signature)
Notary Public

> Commonwealth of Pennsylvania - Notary Seal
> AMANDA KAYE SLOVAK, Notary Public
> Philadelphia County
> My Commission Expires February 21, 2022
> Commission Number 1328061