IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Dr. Orient I Tulp                           :          CIVIL ACTION
                                            :
                                            :
         v.                                 :
ECFMG et al                                 :
                                            :          NO.  2:18-cv-05540-WB

## ORDER

AND NOW, this 2     Day of January     , 2019 , it is hereby

ORDERED that the application of Tommy Swate _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                  J.