IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dr. Orient I Tulp | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ECFMG et al | : | |
| | : | NO.  2:18-cv-05540-WB |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of     Tommy Swate    

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was

personally served on all defendants on all defendants on January 7, 2019 at ECFMG, 3624 Market Street, Philadelphia, PA 19104.

_____
Signature of Attorney

    Tommy Swate    
Name of Attorney

    William C. Real    
Name of Moving Party

    1/3/19    
Date