IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Dr. Orient I Tulp : CIVIL ACTION
:
v. :
ECFMG et al :
: NO. 2:18-cv-05540-WB

## ORDER

AND NOW, this 4th Day of January , 2019 , it is hereby

ORDERED that the application of Tommy Swate , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.