**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DR. ORIEN L. TULP,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND DR. WILLIAM W. PINSKY,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 18-5540** |

**O R D E R**

**AND NOW**, this 4th day of January, 2019, upon consideration of Plaintiff's First Motion for Permanent Injunction (ECF#3), **IT IS HEREBY ORDERED** that a Hearing regarding the above Motion shall take place on **Friday, January 11, 2019 at 10:00** in Courtroom 3B of 601 Market Street, Philadelphia, PA 19106

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**