**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA PA 19107
PHONE (215) 546-7400
FAX: (215) 985-0169

**NAPPS**
National Association of
Professional Process Servers

| | | | |
|---|---|---|---|
| Dr Orien L Tulp, President of the University of Science, Arts, and Technology | : | **COURT** | United States District Court Eastern District of Pennsylvania |
| -VS- | | | |
| Educational Commission for Foreign Medical Graduates, et al | : | **CASE NUMBER** | 2:18-cv-05540-WB |

State of Pennsylvania

**AFFIDAVIT**

County of Philadelphia

**B&R Control # PS157560.01**

**Reference Number**

---

**SERVICE INFORMATION**

On 12/28/2018, we received the
Complaint
For service upon: Educational Commission for Foreign Medical Graduates
At 3624 Market Street, Philadelphia, PA 19104

**FILED**
JAN 04 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

---

☑ **Served** Date 12 31 18 Time 9:08 Accepted By: Joseph De Clementi

In the manner described below.

☐ Personally served.

☐ Adult in charge of residence, relationship is _____

☐ Adult in charge of residence who refused to give name and/or relationship. _____

☐ Manager/Clerk of place of residence lodging _____

☑ Agent or person in charge of office or usual place of business Educational Commission for Foreign medical Graduates.

☐ Other _____

**Description of Person** Age 50-60 Height 5'9" Weight 175 Race W Sex M

Other _____

☐ **Not Served** Date _____ Time _____ ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant

☐ Other _____

---

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff

Sworn to and subscribed before me this

31st day of December 2018

_____
Notary Public

---

Client Phone (215) 564-1635 : | **Filed Date:** 12/24/2018 | **BR Serve By:** 12/31/2018

William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste 1200
Philadelphia, PA 19102



**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

---

ORIGINAL



**B&R**
Services for Professionals Inc.

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX (215) 985-0169

NAPPS
National Association of
Professional Process Servers

| | | | |
|---|---|---|---|
| Dr Orien L Tulp, President of the University of Science, Arts, and Technology | : | **COURT** | United States District Court Eastern District of Pennsylvania |
| -VS- | | | |
| Educational Commission for Foreign Medical Graduates, et al | : | **CASE NUMBER** | 2.18-cv-05540-WB |

State of _Pennsylvania_

**AFFIDAVIT**

County of _Philadelphia_

B&R Control # PS157560.02
**Reference Number**

---

### SERVICE INFORMATION

On 12/28/2018, we received the
**Complaint**
For service upon: **Dr William W Pinsky, President and CEO Educational Commission For Foreign Medical Graduates**
At **3624 Market Street, Philadelphia, PA 19104**

## FILED

JAN 04 2019

KATE BARKMAN, Clerk
By _____ Dep. Clerk

---

☑ **Served  Date** 12 31 18 **Time** _____ **Accepted By:** _____

In the manner described below

☐ Personally served

☐ Adult in charge of residence, relationship is _____

☐ Adult in charge of residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of residence lodging   _Dr William W Pinsky,_

☑ Agent or person in charge of office or usual place of business   _President + CEO, Educational Commission for Foreign Medical Graduates_

☐ Other _____

**Description of Person   Age** 50 s **Height** 5'9" **Weight** 175 **Race** W **Sex** M

Other _____

☐ **Not Served   Date** _____ **Time** _____   ☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant

☐ Other _____

---

| The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.<br><br>Process Server/Sheriff | Sworn to and subscribed before me this _31st_ day of _December 2018_<br>_Theresa DeTommaso_<br>Notary Public |
|---|---|

Client   Phone (215) 564-1635

| | : | **Filed Date:** 12/24/2018 | **BR Serve By:** 12/31/2018 |
|---|---|---|---|

William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste 1200
Philadelphia, PA 19102



**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

ORIGINAL