## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, | ) |
| Plaintiff, | ) Case No. 2:18-cv-05540-WB |
| v. | ) Hon. Wendy Beetlestone |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, | ) |
| Defendants. | ) |

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of Elisa P. McEnroe, Esq. of the law firm Morgan, Lewis & Bockius LLP in the above-captioned action on behalf of defendants Educational Commission for Foreign Medical Graduates and Dr. William W. Pinsky.


DATED: January 8, 2019              */s/ Elisa P. McEnroe*
　　　　　　　　　　　　　　　　　　Elisa P. McEnroe, PA Bar No. 206143
　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS, LLP
　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Telephone: 215.963.5917
　　　　　　　　　　　　　　　　　　Facsimile: 215.963.5001
　　　　　　　　　　　　　　　　　　elisa.mcenroe@morganlewis.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Educational*
　　　　　　　　　　　　　　　　　　*Commission for Foreign Medical Graduates*
　　　　　　　　　　　　　　　　　　*and Dr. William W. Pinsky*

## CERTIFICATE OF SERVICE

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system and/or U.S. mail:

>TOMMY SWATE
>403 WILD PLUM
>HOUSTON, TX 77013
>
>WILLIAM C. REIL
>1515 MARKET ST SUITE 1200
>PHILADELPHIA, PA 19102
>215-564-1635
>Fax: 215-564-4292
>Email: billreillaw@gmail.com
>
>*Attorneys for Plaintiff*

DATED:  January 8, 2019                    */s/ Elisa P. McEnroe*
                                           Elisa P. McEnroe