# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, | ) |
| Plaintiff, | ) Case No. 2:18-cv-05540-WB |
| v. | ) Hon. Wendy Beetlestone |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

**AND NOW**, this __ day of _____ 2019, upon consideration of Plaintiff's Motion for a Preliminary and/or Permanent Injunction and Defendants' Opposition thereto, **IT IS HEREBY ORDERED** that the Motion for a Preliminary and/or Permanent Injunction is **DENIED**.

BY THE COURT:

_____
Beetlestone, J.