# **EXHIBIT 2**

 | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | 3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-966-3124 Fax
www.ecfmg.org

# ECFMG MEDICAL SCHOOL POLICY

### International Medical School Definition

An "International Medical School" is an educational facility located in a country outside of the United States and Canada with its primary campuses and main operations located in that country.

### Additional Criteria for a Medical School's Students and Graduates to Be Eligible to Apply to ECFMG for ECFMG Certification

In addition to meeting ECFMG's current eligibility requirements for ECFMG Certification, in order for students and graduates of a medical school to be eligible to apply to ECFMG for ECFMG Certification, the following criteria must be met:

(1) ECFMG must have, among other things, confirmation from the appropriate government authority of the medical school country that:

   (a.) the medical school is recognized as a medical school and permitted to operate by the government; _and_

   (b.) the medical school meets governmental accreditation requirements if they apply; _and_

   (c.) the degree awarded to graduates of that medical school meet the medical education eligibility requirements for licensure to practice medicine in the medical school country; _and_

   (d.) the medical school is an educational facility located in that country with its primary campuses and main operations located in that country.

(2) If the medical school has a branch campus in another country, ECFMG may require confirmation from the appropriate government authority in the branch campus country that:

   (a.) the branch campus is authorized to operate as a medical school in the branch campus country;

   (b.) the medical school awards degrees that meet the medical education eligibility requirements for licensure to practice medicine in the branch campus country.

(3) The medical school must, upon request, be able to demonstrate that it has the staff, policies / procedures, and facilities necessary for the school's students and graduates to fulfill ECFMG's requirements to become ECFMG Certified. This includes, but is not limited to, having an authorized signatory in place to accurately primary source verify diplomas, or be otherwise acceptable to ECFMG.

**ECFMG, in its reasonable discretion, may apply the following additional criterion to medical schools whose students and graduates are <u>not currently eligible</u> to apply to ECFMG for ECFMG Certification:**

(4) The medical school must be accredited by an organization recognized by the World Federation for Medical Education.