# **EXHIBIT 5**

**Appendix E**

**From:** Orien Tulp [mailto:o.tulp@usat.edu]
**Sent:** Tuesday, August 21, 2018 11:01 AM
**To:** Mealey, Scott; Carla Konyk - Director/Student Accounts
**Subject:** Re: ECFMG notice regarding U.S. satellite campus

**External Email. Please Proceed with Caution.**

Dear Mr Mealey

This is incorrect information.  The Miami location is an information and testing site only,  where a pre-usmle examination [an NBME] may administered, and an Orientation for new students is conducted prior to their traveling to the Caribbean.. It is NOT a campus.  Our ONLY Campus is located in Olveston, Montserrat, British West Indies. .

Actually, recall that Montserrat is a volcanic Island, and the license issued to USAT in September, 2003 DOES actually permit the establishment of off-campus lecture and administrative sites as needed.  USAT  has students on island on a year round basis since its origination.

I hope this will clarify your concern.

Kindest Regards,


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Motserrat


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
*www.usat.edu*
Cell: 727-252-6210

On Tue, Aug 21, 2018 at 6:13 AM, Mealey, Scott <SMealey@ecfmg.org> wrote:

Dr. Tulp,

Please see the attached letter regarding the USAT U.S. satellite campus.

Best regards,

D. Scott Mealey, CPMSM, CPCS
Manager
Medical Education Resources & Operations Support
Educational Commission for Foreign Medical Graduates


3624 Market Street
Philadelphia, PA, USA 19104
(T) 001-215-823-2285
(F) 001-215-386-9767
SMealey@ECFMG.org

**Disclaimer**
The information contained in this communication from **ECFMG® / Educational Commission for Foreign Medical Graduates** is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.