# **EXHIBIT 6**

**Appendix F**

**From:** REDACTED
**Sent:** Wednesday, August 22, 2018 11:33 AM
**To:** Mealey, Scott
**Subject:** Re: RE: FW: REDACTED

**External Email. Please Proceed with Caution.**

Hello Scott,
Here is the latest release from the President of USAT:

<carla.konyk@gmail.com>

**Please do NOT use the phrase "CAMPUS'  WHEN REFERRING TO THE US SITES, as that implies approval from the US Dept of Education or the State Dept of Education which isn't possible or likely as an Interntional Medical School.   Someone reported to the ECFMG that we have a Miami Campus.   It is an administrative site, where we do interviews, orientations, and pre-USMLE proctored examinations.**


Orien L Tulp, PhD, MD, FACN, CNS
Professor and President
USAT Montserrat
www.usat.edu
Cell: 727-252-6210


They refer to all the sites as campuses (Tampa, Miami and Dallas).  These are called lecture sites where students attend from Thursday - Sunday.  I would also like to mail you a package if I could please get your information.


REDACTED