# **EXHIBIT 7**

Appendix J

# University of Science, Arts & Technology (USAT), Montserrat
*Not Accredited*

## June 2012 Determination: *Not Accredited*

Following the submission of documents to the CAAM-HP – unsolicited – and a request for accreditation, a visit was carried out in October 2011. Team members were:

1. Professor Renn Holness
2. Dr. Rhonda Sealey-Thomas

**Decision:** The CAAM-HP at its meeting held June 22-23, 2012 received and considered the report of reviewers Professor Renn Holness and Dr Rhonda Sealey-Thomas on the site visit of October 7, 2011 to the campus of the University of Science, Arts and Technology (USAT) in Montserrat.

Following discussions of the reviewers' report CAAM-HP determined that the school had not provided sufficient evidence to indicate that teaching activities were actually taking place in Montserrat. Furthermore, CAAM-HP's requirements for adequate resources had not been satisfied. Consequently, CAAM-HP determined that there was not sufficient evidence to merit reversal of its initial decision of May 2007 not to grant initial provisional accreditation to USAT.

## February 2007 Determination: *Not Accredited*

Application for initial provisional accreditation was received from the University of Science, Arts and Technology (USAT) for the establishment of an offshore medical school on the island of Montserrat. In February 2007, a review was done by the following persons:

1. Dr. David Hawkins
2. Dr. George Mahy
3. Professor Phyllis Pitt-Miller

**Decision:** The CAAM-HP after examination of the reports determined that it could not grant provisional accreditation for the programme as presented.

www.caam-hp.org/assessedprogrammes.html