# **EXHIBIT 9**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDUCATIONAL COMMISSION FOR ) <br> FOREIGN MEDICAL GRADUATES and DR. ) <br> WILLIAM W. PINSKY, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:18-cv-05540-WB <br><br> Hon. Wendy Beetlestone |

## DECLARATION OF KARA CORRADO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY AND/OR PERMANENT INJUNCTION

I, Kara Corrado, declare as follows:

1. I am currently employed as the Vice President for Operations at the Educational Commission for Foreign Medical Graduates ("ECFMG"). I have been employed in various capacities at ECFMG since 2004.

2. I make this Declaration in connection with the above-captioned action. I have personal knowledge of the facts stated herein and if called as a witness could and would testify to those facts.

3. Beginning in September 2018, students and graduates of University of Science, Arts and Technology ("USAT") seeking services related to ECFMG Certification were required to complete and submit an affidavit attesting to the accuracy of the medical school information provided to ECFMG.

4. Ultimately, more than 300 USAT students and graduates submitted affidavits to ECFMG indicating that they took classes in the United States. None of the students indicated that he or she took all of his or her basic science courses in Montserrat.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

EXECUTED: January 10, 2019

*Kara Corrado*
Kara Corrado