# **EXHIBIT 11**

Case 2:18-cv-05540-WB   Document 12-12   Filed 01/10/19   Page 2 of 2

Meeting of the ECFMG Medical Education Credentials Committee - B.   ALLEGATIONS OF IRREGULAR BEHAVIOR (PERSONAL APPEARANCE)

## 2018 University of Science, Arts and Technology
### LECTURE CONFERENCE SCHEDULE

| 2018 | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W | Th | F | Sa | Su | M | T | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | *11t | *12t | *13t | *14t | 15 | 16 | 17 | 18m | 19m | 20m | 21m | 22l | 23l | 24 |
| Feb | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19 | 20 | 21 |
| Mar | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8t | 9t | 10t | 11t | 12 | 13 | 14 | 15m | 16m | 17m | 18m | 19l | 20l | 21 |
| Apr | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19M | 20m | 21m | 22m | 23 | 24 | 25 |
| May | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10t | 11t | 12t | 13t | 14 | 15 | 16 | 17m | 18m | 19m | 20m | *21 | *22 | 23 |
| Jun | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7t | 8t | 9t | 10t | 11 | 12 | 13 | 14m | 15m | 16m | 17m | 18 | 19 | 20 |
| Jul | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12t | 13t | 14t | 15t | 16 | 17 | 18 | 19m | 20m | 21m | 22m | 23l | 24l | 25 |
| Aug | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9t | 10t | 11t | 12t | 13 | 14 | 15 | 16m | 17m | 18m | 19m | 20 | 21 | 22 |
| Sep | | | | | | | 1 | 2 | 3 | 4 | 5 | *6t | *7t | *8t | *9t | 10 | 11 | 12 | 13m | 14m | 15m | 16m | 17l | 18l | 19 |
| Oct | | 1 | 2 | 3 | 4t | 5t | 6t | 7t | 8 | 9 | 10 | 11m | 12m | 13m | 14m | 15 | 16 | 17 | 18d | 19d | 20d | 21d | 22 | 23 | 24 |
| Nov | | | | | 1t | 2t | 3t | 4t | 5 | 6 | 7 | 8m | 9m | 10m | 11m | 12l | 13l | 14 | 15d | 16d | 17d | 18d | 19 | 20 | 21 |
| Dec | | | | | Nov-30t | 1t | 2t | 3 | 4 | 5 | 6m | 7m | 8m | 9m | 10 | 11 | 12 | 13 | 14d | 15d | 16d | 17 | 18 | 19 | 20 |

**TAMPA** — green  
**MIAMI** — yellow  
**DALLAS** — blue  
**MUST SIGN-UP AND PREPAY FOR ANATOMY LAB** — purple  
***GRADUATION IN MIAMI*** — red

### Tampa, FL Location = t
DoubleTree Tampa Airport Westshore  
4500 West Cypress Street  
Tampa, FL 33607  
Reservations: 813-879-4800

### Miami, FL Location = m
Hilton Garden Miami Airport West Doral  
3550 NW 74th Avenue  
Miami, FL 33122  
Reservations: 305-629-7701

### Dallas, TX Location = d
Hilton Garden DFW North  
205 W. State Hwy 114  
Grapevine, TX 76051  
Reservations: 817-421-1172

**The Tampa site in January will be at the Hilton Westshore 2225 N. Lois Ave (813)877-6688**  
**There is NO Anatomy Lab in May**  
**The Tampa site in September will be at the Hilton Westshore 2225 N. Lois Ave (813)877-6688**

Class times are: Thursday 1300 - 1800 / Friday 0800 - 1800 / Saturday 0800 - 1800 (testing from 0900-1000) / Sunday 0800 - 1800

530