# **EXHIBIT 16**

Admissions: 303-371-0252



- Home (http://usat.edu/)
- About Us
- Application, Tuition & Fees
- Colleges
- Campus
- Courses
- USAT News
- Videos
- Contact Us

News     USAT Residencies     ()

Our prestigious, accredited University, USAT, was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became International Medical Education Directory (IMED) listed the same year. We are now among the fastest growing schools in the Caribbean Community (CARICOM), and possess the largest Healthcare Professional (HCP) to Medical Doctor (MD) bridge program.  We are located on the beautiful, friendly, and unspoiled Island of Montserrat, in the heart of the Caribbean.

Our educational philosophy is founded on well-established traditional, and "time-honored", academic pursuits. Each carefully designed course is taught by experienced Professors and Clinicians, having long standing academic and professional expertise.

# Our Mission

To provide Medical Graduate study programs presented in a humanistic manner that embraces high standards of excellence and professionalism. We believe these attributes are necessary to train the "Leaders of Tomorrow". This doctrine is inspired by physicians highlighted in the "100 Best Doctors of America". Many of these physicians emerged from humble beginnings as well as various nationalities, cultures, backgrounds, and institutions. We have shaped a program of superior excellence that trains scientists and physicians to meet the demands of scientific and medical needs in the current technological age and global community. To accomplish this objective, we strive to provide dedicated students with an equal opportunity to achieve success.

# Our Vision

**Our prestigious, accredited University, USAT, was established and licensed in September 2003 by the Government of Montserrat, a British Overseas Territory and became IMED-listed the same year. We are now the fastest growing medical school in the CARICOM, and possess the largest HCP to MD transition program.**

# Our Standards

We believe in the pursuit of excellence in education, research, patient care, community service with integrity, ethical behavior and respect for everyone. We value humanism and compassion for all people without distinction of age, race, sex, national origin, belief, or ethnicity. We are committed to working cooperatively and collaboratively with our students, teachers, staff, and community who make invaluable contributions to our institution and the development of our mission and vision every single day of their lives. In all aspects of University life, we will foster higher values such as sincerity, integrity, professionalism, honesty, collegiality, and the free expression and open minded exchange of ideas within the high standards that make this a vibrant and living institution.

## Our Students

U.S.A.T. students score among the highest of all International Medical Schools on the USMLE exams, historically with an overall pass rate at first attempt of well over 90% without a USMLE Prep course, and approaching 100 % when a USMLE prep course is layered atop the lecture materials.

- Graduation Rate, College Of Medicine: 90%**
- Graduation Rate, All Colleges: 95%**
- Us Residency Selection Rate: 95%***

*2013 Data **Average 2009-2013 Class Years ***Average percent of qualified applicants selected thru ERAS/NRMP/Outside match since 2004. In 2008, 2013, 2014 match rate was 100% of those fully qualified as of 15 September of the respective year when applied.*

## Examinations Preparation

USAT is included in the International Medical Education Directory (the 'IMED list') in the USA, CAPER (CANADA) and WDOMS. Accordingly, students and graduates of the University may apply for and sit for all components of the US Licensing Examinations (USMLE, Steps I, II, and III).

USAT students and graduates qualify for and take the same examinations as graduates of traditional US Medical Schools, are graded using the same criterion, and may apply for the same Post Graduate Training opportunities as graduates of traditional US medical schools.

USAT has also been favorably reviewed by UNESCO and by the ISO 9001/2002 committee in Europe.

**Some of our Examinations Rankings Include:**
- Graduates are qualified to make application for the USA Medical Licensing Examination.
- Graduates are qualified to make application to residency training programs in the USA & Abroad.
- Pass Rate At First Attempt On USMLE Step I: 93%*
- Pass Rate On USMLE Step II CK (First Attempt): 98%

- Pass Rate On USMLE Step 1 CS (First Attempt) 99%

*2013 Data Average 2009-2013 Class Years Average percent of qualified applicants selected through ERAS/NRMP/Outside match since 2004. In 2008, 2013, 2014 match rate was 100% of those fully qualified as of 15 September of the respective year when applied.*

## Our Accreditations and Listings

The University of Science, Arts, and Technology, Montserrat is an accredited and internationally recognized teaching and research Institution.

USAT is included in the International Medical Education Directory (the 'IMED list') in the USA. Accordingly, students and graduates of the University may apply for and sit for all components of the US Licensing Examinations (USMLE, Steps I, II, and III). USAT students and graduates qualify for and take the same examinations as graduates of traditional US Medical Schools, are graded using the same criterion and may apply for the same Post Graduate Training opportunities as graduates of traditional US medical schools.

- Accreditation Service for International Schools, Colleges, and Universities (ASIC): As of January 2013, The University is now fully accredited with the UK based ASIC program. This accreditation is fully recognized in the United States, the United Kingdom, the Isle of Montserrat, and many other locations, as it focuses on International Accreditation. For more information on this accreditation, please visit the ASIC International College Accreditation Listing.
- USAT is included in the International Medical Education Directory (IMED) in the U.S. Students and graduates of the University may apply and sit for all components of the US Licensing Examinations (USMLE Steps I, II, and III). USAT students and graduates qualify for and take the same examinations as graduates of traditional U.S. Medical Schools, are graded using the same criterion, and may apply for the same Post Graduate Training opportunities as graduates of traditional U.S. medical schools.
- Educational Commission for Foreign Medical Graduates (ECFMG).
- AAHEA (American Association for Higher Education and Accreditation) accredited.
- The World Federation for Medical Education (WFME) has merged a number of recognized listings together in an effort to update these listings and maintain the highest standards in Medical Education listing. To further this effort, the WFME is heading up the efforts of Avicenna, the World Health Organization (WHO), and the University of Copenhagen, with the assistance of IMED/FAIMER, to create the World Directory of Medical Schools (WDOMS). For more information of the efforts and standards of the WFME, please see their website: World Federation for Medical Education.
- USAT is fully accredited and licensed by the Ministry of Education of Montserrat to grant Bachelor's, Master's, and Doctorate degrees in a variety of disciplines.
- CAPER Listing
- USAT Student and Post Graduate Association
- The University of Seville
- Instituto de Tecnicas de Saude
- The Medical Council of Canada
- WDOMS (World Directory of Medical Schools) listed

©USAT 2018 | All Rights Reserved

Home (http://usat.edu/)
About Us (http://usat.edu/aboutus/)
Courses (http://usat.edu/courses/)
Colleges (http://usat.edu/colleges/)
Application, Tuition & Fees (http://usat.edu/new-students/)
Campus (http://usat.edu/campus/)
USAT News (http://usat.edu/news/)
Videos (http://usat.edu/videos/)
USAT News Search (http://usat.edu/news_search/)
Contact Us (http://usat.edu/contact-usat/)