### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br><br>    Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY,<br><br>    Defendants. | )<br>)<br>)  Case No. 2:18-cv-05540-WB<br>)<br>)  Hon. Wendy Beetlestone<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO QUASH SUBPOENA FOR THE APPEARANCE OF DR. WILLIAM W. PINSKY

  For the reasons set forth in the attached memorandum of law, Defendants Educational Commission for Foreign Medical Graduates and Dr. William W. Pinksy, by and through their undersigned counsel, hereby move to quash the subpoena for the appearance of Dr. William W. Pinsky.

| | |
|---|---|
| Dated: January 10, 2019 | Respectfully submitted,<br><br>*/s/ Elisa P. McEnroe*<br>Elisa P. McEnroe, PA Bar No. 206143<br>Matthew D. Klayman, PA Bar No. 319105<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>Telephone: +1.215.963.5917<br>Facsimile: +1.215.963.5001<br>elisa.mcenroe@morganlewis.com<br>matthew.klayman@morganlewis.com<br><br>*Attorneys for the Educational Commission for Foreign Medical Graduates and Dr. William W. Pinsky* |

**CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system and/or U.S. mail:

> TOMMY SWATE
> 403 WILD PLUM
> HOUSTON, TX 77013
>
> WILLIAM C. REIL
> 1515 MARKET ST SUITE 1200
> PHILADELPHIA, PA 19102
> 215-564-1635
> Fax: 215-564-4292
> Email: billreillaw@gmail.com
>
> *Attorneys for Plaintiff*

DATED: January 10, 2019              */s/ Elisa P. McEnroe*
                                     Elisa P. McEnroe