# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, | ) |
| Plaintiff, | ) Case No. 2:18-cv-05540-WB |
| v. | ) Hon. Wendy Beetlestone |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

**AND NOW**, this __ day of _____ 2019, upon consideration of Defendants' Motion to Quash the Subpoena for the Appearance of Dr. William W. Pinsky, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The subpoena commanding Dr. William W. Pinsky to attend the January 11, 2019 hearing is **QUASHED**.

BY THE COURT:

_____

Beetlestone, J.