# **EXHIBIT B**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| Dr. Orien L. Tulp | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-5540 |
| ECFMG and Dr. William Pinsky | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Ms. Kara Corrado, Esquire

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court 601 Market Street, Philadelphia, PA 19106 | Courtroom No.: Courtroom 3B |
|---|---|
| | Date and Time: January 11, 2019 at 10:00am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/7/19

CLERK OF COURT

OR

*Kate Barkman*
*Signature of Clerk or Deputy Clerk*

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Dr. Orien L. Tulp
William C. Reil, Esquire, who issues or requests this subpoena, are:
1515 Market Street, Suite 1200
Philadelphia, PA 19102    215-564-1635    billreillaw@gmail.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

   I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

   ☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

   ☐ I returned the subpoena unexecuted because: _____
_____

   Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

   I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND<br>DR. WILLIAM W. PINSKY,<br>Defendants. | NO. 18-5540 |

## ORDER

**AND NOW**, this 4th day of January, 2019, upon consideration of Plaintiff's First Motion for Permanent Injunction (ECF#3), **IT IS HEREBY ORDERED** that a Hearing regarding the above Motion shall take place on **Friday, January 11, 2019 at 10:00** in Courtroom 3B of 601 Market Street, Philadelphia, PA 19106

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**

**William C. Reil, Esquire**
**1515 Market Street, Suite 1200, Philadelphia, PA 19102**
**Tel: 215-564-1635 Fax: 215-564-4292**
**BillReilLaw@gmail.com**

January 7, 2019               **BY PERSONAL SERVICE**

Dr. William W. Pinsky
President and Chief Executive Officer
ECFMG
3624 Market Street
Philadelphia, PA 19104-2685

>   Re: Dr. Tulp v. ECFMG and Dr. Pinsky
>       Case No: 2:18-cv-05540-WB
>       **Order of Judge Beetlestone for Hearing on 1/11/19 and Subpoenas for**
>       **Yourself, Attorney Kara Corrado, and Lisa L. Cover**

Dear Dr. Pinsky:

Please be advised that I represent Dr. Orien L. Tulp, together with Tommy Swate, in the above captioned case. Enclosed, please find an Order from the Honorable Wendy Beetlestone, listing this case for January 11, 2019 at 10am in court room 3B, 601 Market Street. I have also included subpoenas for the attendants of yourself, Kara Corrado, and Lisa L. Cover. I would like to speak to your attorney to discuss the case.

Sincerely yours,

*William C. Reil*

William C. Reil
WCR/cmb

cc: Tommy Swate, Esquire
    Dr. Orien L. Tulp
    Kara Corrado, Esquire (enclosure, as above) ✓
    Lisa L. Cover (enclosure, as above)

enc: Order of Judge Beetlestone for Hearing;
    Subpoenas for Dr. Pinksky, Ms. Corrado, and Ms. Cover