# **<u>EXHIBIT E</u>**

```
 1          MEETING OF THE ECFMG MEDICAL
            EDUCATION CREDENTIALS COMMITTEE
 2

                        -  -  -
 3

 4    RE:  ORIEN L. TULP, USAT

 5                      -  -  -

 6              NOVEMBER 28, 2018

 7                      -  -  -

 8         Hearing taken pursuant to notice,

 9    was held at RITTENHOUSE HOTEL, 210 West

10    Rittenhouse Square, Philadelphia,

11    Pennsylvania, commencing at 10:00 a.m.,

12    on the above date, before LISA MARIE

13    CAPALDO, RPR, a Registered Professional

14    Reporter and Notary Public in and for the

15    Commonwealth of Pennsylvania.

16

17

18

19

20

              GOLKOW LITIGATION SERVICES
21       877.370.3377 ph | 917.591.5672 fax
                  Deps@golkow.com
22

23

24
```

```
 1    APPEARANCES:
 2    ECFMG STAFF
 3    Mr. William W. Pinsky
      Mr. Dennis M. Donohue
 4    Ms. Kara Corrado
      Ms. Lisa L. Cover
 5    Ms. Svetlana Gridneva
      Mr. Scott Mealey
 6    Ms. Rosemary Carlin
 7
      ECFMG Board Members
 8
      Dr. Maryellen Gusic
 9    Dr. Ronald R. Blanck
      Dr. Barbara Barzansky
10    Dr. Peter Buckley
      Dr. Andrew Filak
11    Dr. Ram Krishna
      Dr. Dotun Ogunyemi
12    Dr. James Pelegano
13
14
15
16
17
18
19
20
21
22
23
24
```

 1                        -  -  -

 2                     I N D E X

 3                        -  -  -

 4

 5     Statement of:

 6            ORIEN L. TULP, USAT

 7

 8         By Mr. Swate

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                      -  -  -

 2                   PROCEEDING

 3                      -  -  -

 4   O R I E N   T U L P, Sworn.

 5                      -  -  -

 6             DR. GUSIC:  We will begin by

 7       asking the committee members and

 8       the staff to introduce themselves.

 9       We will swear in Dr. Tulp and then

10       if there are any opening

11       statements.

12             MS. McENROE:  Elisa McEnroe,

13       outside counsel for ECFMG.

14             MS. KATZ:  I'm Francis Katz.

15       I'm the general counsel at ECFMG.

16             DR. CRAIG:  Steve Craig,

17       board member.

18             DR. OGUNYEMI:  Dr. Ogunyemi,

19       ECFMG board member.

20             DR. BUCKLEY: Peter Buckley,

21       I'm also an ECFMG board member.

22             DR. PELEGANO:  Jim Pelegano,

23       ECFMG board member.

24             DR. KRISHNA:  Dr. Krishna,
```

1         board member.
2                 DR. FILIK:  Andy Filik,
3         ECFMG board member.
4                 DR. PINSKY:  Bill Pinsky,
5         President and CEO of ECFMG.
6                 DR. GUSIC:  Maryellen Gusic,
7         board member and chair of this
8         committee.
9                 DR. BLANCK:  Ronald Blanck,
10        chair and board member of this
11        committee.
12                DR. BARZANSKY:  Barbara
13        Barzansky, ECFMG board member.
14                MS. CORRADO:  Kara Corrado,
15        ECFMG staff.
16                MS. COVER:  Lisa Cover,
17        ECFMG staff.
18                MR. DONOHUE:  Dennis
19        Donohue, ECFMG staff.
20                MS. GRIDNEVA:  Svetlana
21        Gridneva, ECFMG staff.
22                MS. CARLIN:  Rosemary
23        Carlin, ECFMG staff.
24                MS. CORRADO:  Just briefly,