IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br><br>    Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY,<br><br>    Defendants. | Case No. 2:18-cv-05540-WB<br><br>Hon. Wendy Beetlestone |

## CORPORATE DISCLOSURE STATEMENT OF
## THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1. ECFMG has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of ECFMG.

Dated: January 10, 2019

Respectfully submitted,

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe, PA Bar No. 206143
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone: +1.215.963.5917
Facsimile: +1.215.963.5001
elisa.mcenroe@morganlewis.com
matthew.klayman@morganlewis.com

*Attorneys for the Educational Commission for Foreign Medical Graduates and Dr. William W. Pinsky*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system and/or U.S. mail:

      TOMMY SWATE
      403 WILD PLUM
      HOUSTON, TX 77013

      WILLIAM C. REIL
      1515 MARKET ST SUITE 1200
      PHILADELPHIA, PA 19102
      215-564-1635
      Fax: 215-564-4292
      Email: billreillaw@gmail.com

      *Attorneys for Plaintiff*

DATED:  January 10, 2019          */s/ Elisa P. McEnroe*
                                             Elisa P. McEnroe