


235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX (215) 985-0169

B&R Services for Professionals Inc.

National Association of Professional Process Servers

Dr Orien L Tulp, President of the University of Science, Arts, and Technology
-VS-
Educational Commission for Foreign Medical Graduates, et al

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 2:18-cv-05540-WB

**AFFIDAVIT**

FILED
JAN 10 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS157707 01
**Reference Number**

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief

On 1/3/2019 we received the **Praecipe to Attach an Affidavit of Service to Plaintiff's Motion for A Preliminary and or Permanent Injunction, Order for a Permanent and or Preliminary Injunction, Plaintiff's Motion for a Preliminary and or Permanent Injunction, Memorandum of Law in Support of Plaintiff's Motion for a Preliminary and or Permanent Injunction, Certificate of Service, Order, Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rule of Civil Procedure 83.5.2(b), Acknowledgment Certificate, Sponsor's Statement, Motion and Certificate of Service, Certificate of Service** and that service was effected upon **Educational Commission for Foreign Medical Graduates** at **3624 MARKET STREET, PHILADELPHIA, PA 19104** on **1/4/2019** at **11:54 AM**, in the manner described below:

**By service upon:** Joseph De Clementi, Supervisor as an agent or person authorized to accept service at usual place of business.

**Description:**
Gender: **MALE**   Race/Skin: **WHITE**   Age: **50 - 60 Yrs**   Weight: **161-200 Lbs.**   Height: **5ft9in - 6ft0in**   Hair: **GRAY**   Glasses: **No**   Other:

Service Notes:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila.County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this 4th day of Jan 2019

**Process Server/Sheriff** _____
**Notary Public** _____

ATTEMPTS

Client   Phone (215) 564-1635   :   **Filed Date:** 01/03/2019   **BR Serve By:** 01/04/2019

William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste. 1200
Philadelphia, PA 19102



ORIGINAL



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE. (215) 546-7400
FAX (215) 985-0169



National Association of
Professional Process Servers

Dr Orien L Tulp, President of the University of Science, Arts, and Technology
-VS-
Educational Commission for Foreign Medical Graduates, et al

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 2:18-cv-05540-WB

**AFFIDAVIT**

FILED
JAN 10 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS157707.02
**Reference Number**

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 1/3/2019 we received the **Praecipe to Attach an Affidavit of Service to Plaintiff's Motion for A Preliminary and or Permanent Injunction, Order for a Permanent and or Preliminary Injunction, Plaintiff's Motion for a Preliminary and or Permanent Injunction, Memorandum of Law in Support of Plaintiff's Motion for a Preliminary and or Permanent Injunction, Certificate of Service, Order, Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rule of Civil Procedure 83.5.2(b), Acknowledgment Certificate, Sponsor's Statement, Motion and Certificate of Service, Certificate of Service** and that service was effected upon **Dr William W Pinsky, President and CEO Educational Commission For Foreign Medical Graduates** at 3624 Market Street, Philadelphia, PA 19104 on 1/4/2019 at **11:54 AM**, in the manner described below:

**By service upon:** Joseph De Clementi, Supervisor as an agent or person authorized to accept service at usual place of business.

**Description:**
Gender: **Male**   Race/Skin. **White**   Age: **50 - 60 Yrs**   Weight: **161-200 Lbs**   Height: **5ft 9in - 6ft 0in**   Hair: **Gray**
Glasses: **No**   Other:

Service Notes:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this
4th day of Jan 2019

Brenda Ravenell
**Notary Public**

**Process Server/Sheriff** _____

ATTEMPTS

Client   Phone (215) 564-1635   :   | Filed Date: 01/03/2019 | BR Serve By: 01/04/2019

William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste. 1200
Philadelphia, PA 19102



ORIGINAL



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers

| | | |
|---|---|---|
| Dr Orien L Tulp, President of the University of Science, Arts, and Technology<br>-VS-<br>Educational Commission for Foreign Medical Graduates, et al | : <br><br>: | **COURT** United States District Court Eastern District of Pennsylvania <br><br>**CASE NUMBER** 2:18-cv-05540-WB |

State of _Pennsylvania_
County of _Philadelphia_

**FILED**
**AFFIDAVIT**
JAN 10 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

B&R Control # PS157707.03
Reference Number

### SERVICE INFORMATION

On _1/4/2019_, we received the
Order, Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rule of Civil Procedure 83.5.2 (b), Acknowledgment Certificate, Sponsor's Statement, Motion and Certificate of Service, Certificate of Service
For service upon: Educational Commission for Foreign Medical Graduates
At 3624 Market Street, Philadelphia, PA 19104

☑ **Served**  Date _1-7-19_  Time _9:12 am_  Accepted By: _Mark Alesiani_

In the manner described below
☐ Personally served.
☐ Adult in charge of residence, relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☑ Agent or person in charge of office or usual place of business _Educational Commission for Foreign Medical Students_
☐ Other _____

**Description of Person**  Age _____  Height _6'1"_  Weight _____  Race _W_  Sex _M_
Other _Brown hair, glasses_

☐ **Not Served**  Date _____  Time _____   ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant
☐ Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.
Process Server/Sheriff

Sworn to and subscribed before me this
_7th_ day of _January 2019_
_Theresa DeTommaso_
Notary Public

Client    Phone (215) 564-1635        : _____  |  Filed Date: 01/03/2019  BR Serve By: 01/04/2019

William C Reil, Esquire
Law Offices of William C. Reil
1515 Market Street, Ste 1200
Philadelphia, PA 19102



**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

ORIGINAL



**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE (215) 546-7400
FAX. (215) 985-0169

National Association of Professional Process Servers

Dr Orien L Tulp, President of the University of Science, Arts, and Technology
-VS-
Educational Commission for Foreign Medical Graduates, et al

**COURT:** United States District Court, Eastern District of Pennsylvania

**CASE NUMBER:** 2:18-cv-05540-WB

State of Pennsylvania
County of Philadelphia

**AFFIDAVIT**

FILED
JAN 10 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

**B&R Control #** PS157707.04
**Reference Number**

### SERVICE INFORMATION

On 1/4/2019, we received the Order, Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rule of Civil Procedure 83.5.2(b), Acknowledgment Certificate, Sponsor's Statement, Motion and Certificate of Service, Certificate of Service

For service upon: **Dr William W Pinsky, President and CEO Educational Commission For Foreign Medical Graduates**
At **3624 Market Street, Philadelphia, PA 19104**

☑ **Served** Date 1-7-19  Time 9:12 am  Accepted By: Mark Alesiany

In the manner described below.
☐ Personally served.
☐ Adult in charge of residence, relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship _____
☐ Manager/Clerk of place of residence lodging _____
☑ Agent or person in charge of office or usual place of business  Educational Commission for Foreign Medical Students
☐ Other _____

**Description of Person**  Age ____  Height 6'1"  Weight ____  Race W  Sex M
Other  Brown hair + glasses.

☐ **Not Served**  Date ____  Time ____  ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant
☐ Other _____

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff _____

Sworn to and subscribed before me this 7th day of January 2019
Theresa DeTommaso
Notary Public

Client  Phone (215) 564-1635
William C Reil, Esquire
Law Offices of William C Reil
1515 Market Street, Ste 1200
Philadelphia, PA 19102

**Filed Date:** 01/03/2019  **BR Serve By:** 01/04/2019



**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA DeTOMMASO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 9, 2021

ORIGINAL