**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DR. ORIEN L. TULP, | ) |
|   *Plaintiff*, | ) Case No. 2:18-cv-05540-WB |
| v. | ) Hon. Wendy Beetlestone |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, | ) |
|   *Defendants*. | ) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Matthew D. Klayman, Esq. of the law firm Morgan, Lewis & Bockius LLP in the above-captioned action on behalf of defendants Educational Commission for Foreign Medical Graduates and Dr. William W. Pinsky.

DATED:  January 10, 2019

*/s/ Matthew D. Klayman*
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5609
Facsimile:     +1.215.963.5001
matthew.klayman@morganlewis.com

*Attorneys for the Educational Commission for Foreign Medical Graduates and Dr. William W. Pinsky*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon the following counsel of record via the ECF system and/or U.S. mail:

>TOMMY SWATE
>403 WILD PLUM
>HOUSTON, TX 77013
>
>WILLIAM C. REIL
>1515 MARKET ST SUITE 1200
>PHILADELPHIA, PA 19102
>215-564-1635
>Fax: 215-564-4292
>Email: billreillaw@gmail.com
>
>*Attorneys for Plaintiff*

DATED:  January 10, 2019            */s/ Matthew D. Klayman*
                                    Matthew D. Klayman