# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, | ) ) |
| Plaintiff, | ) ) Case No. 2:18-cv-05540-WB ) |
| v. | ) Hon. Wendy Beetlestone ) |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, | ) ) ) ) |
| Defendants. | ) ) ) |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____ 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, **IT IS HEREBY ORDERED** that the Motion to Dismiss Plaintiff's Complaint is **GRANTED**.  The Complaint is **DISMISSED with prejudice**.


BY THE COURT:

_____
Beetlestone, J.