IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br>    Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND<br>DR. WILLIAM W. PINSKY,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-5540 |

**FILED**
JAN 25 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

    **AND NOW**, this 24th day of January, 2019, upon consideration of Plaintiff's Motion for a Permanent and Preliminary Injunction (ECF No. 3), Defendants' Opposition thereto (ECF No. 12), and testimony elicited at a hearing on January 24, 2019, **IT IS HEREBY ORDERED** that for the reasons stated on the record Plaintiff's Motion is **DENIED**.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Quash Subpoena for the Appearance of Dr. William W. Pinsky (ECF No. 13) is **DISMISSED AS MOOT**.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**

ENT'D JAN 25 2019