IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

M. Mani
Deputy Clerk/ESRO

| | |
|---|---|
| DR. ORIEN L. TULP | *Tommy Swate, Esquire* |
| | *William C. Reil, Esquire* |
| v. : | Civil Action No. 18-5540 |
| EDUCATIONAL COMMISSION FOR FOREIGN | *Elisa P. McEnroe, Esquire* |
| MEDICAL GRADUATES, et al | *Matthew Daniel Klayman, Esquire* |

## MINUTE SHEET

BEFORE JUDGE <u>WENDY BEETLESTONE</u> DATE/TIME: 01/24/2019 at 2:00 PM

PRELIMINARY PRETRIAL CONFERENCE & INJUNCTION HEARING – COURTROOM 3B

## PROCEEDING

Injunction Hearing held.
Dr. Orien Tulp, Kara Corrado and Lisa Cover called and sworn.

Exhibits entered into evidence.
Order to follow.

Preliminary Pretrial Conference held off the record.

        Court adjourned 5:20 PM         To reconvene: n/a

**TOTAL TIME IN COURT: 3 HOURS 20 MINUTES**

rev. 5/2003