**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DR. ORIEN L. TULP, | ) |
|             Plaintiff, | ) Case No. 2:18-cv-05540-WB |
| v. | ) Hon. Wendy Beetlestone |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, | ) |
|             Defendants. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the attached memorandum of law, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by and through its undersigned counsel, moves for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: May 3, 2019

Respectfully submitted,

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe, PA Bar No. 206143
Matthew D. Klayman, PA Bar No. 319105
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:     +1.215.963.5917
Facsimile:      +1.215.963.5001
elisa.mcenroe@morganlewis.com
matthew.klayman@morganlewis.com

*Attorneys for the Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, I caused true and correct copies of the foregoing document and its attachments to be served via electronic filing upon the following counsel of record using the ECF system and/or via email:

> TOMMY SWATE
> 403 WILD PLUM
> HOUSTON, TX 77013
>
> WILLIAM C. REIL
> 1515 MARKET ST SUITE 1200
> PHILADELPHIA, PA 19102
> 215-564-1635
> Fax: 215-564-4292
> Email: billreillaw@gmail.com
>
> *Attorneys for Plaintiff*

DATED:  May 3, 2019               */s/ Elisa P. McEnroe*
                                  Elisa P. McEnroe