# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, <br><br> Plaintiff, <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, <br><br> Defendants. | Case No. 2:18-cv-05540-WB <br><br> Hon. Wendy Beetlestone |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____ 2019, upon consideration of Defendant Educational Commission for Foreign Medical Graduates' ("ECFMG's") Motion for Summary Judgment and any response thereto, **IT IS HEREBY ORDERED** that ECFMG's Motion for Summary Judgment is **GRANTED**. The Clerk of the Court shall enter judgment in favor of Defendant ECFMG and against Plaintiff with respect to Plaintiff's remaining claim.

BY THE COURT:

_____
Beetlestone, J.