IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:18-cv-05540-WB |
| | ) |
| v. | ) Hon. Wendy Beetlestone |
| | ) |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and DR. WILLIAM W. PINSKY, | ) |
| | ) |
| Defendants. | ) |

**FILED**
MAY 17 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## STIPULATION

AND NOW, this 10th day of May 2019, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Dr. Orien L. Tulp and Defendant Educational Commission for Foreign Medical Graduates that:

1. Plaintiff will receive a 10-day extension (until June 3, 2019) of the deadline to respond to Defendant's Motion for Summary Judgment (ECF No. 31).

2. Defendant will receive a 10-day extension (until June 20, 2019) of the deadline to file a reply in support of its Motion for Summary Judgment.

3. These extensions would have no effect on other existing deadlines.

Dated: May 10, 2019

William C. Reil   5/13/19

*Attorney for Plaintiff Dr. Orien L. Tulp*

Elisa P. McEnroe

*Attorney for Defendant Educational Commission for Foreign Medical Graduates*

APPROVED BY THE COURT.

BEETLESTONE, J.

Date: 5/14/2019

**ENT'D MAY 17 2019**