| | | |
|---|---|---|
| DR. ORIEN L. TULP | : | UNITED STATES DISTRICT |
| | : | COURT FOR THE EASTERN |
| vs. | : | DISTRICT OF PENNSYLVANIA |
| | : | |
| EDUCATION COMMISSION FOR | : | CASE NO: 2:18-cv-05540-WB |
| FOREIGN MEDICAL GRADUATES | : | |
| and DR. WILLIAM C. PINSKY | : | HONORABLE WENDY BEETLESTONE |

**PLAINTIFF'S ANSWER TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the attached memorandum of law and exhibits, plaintiff Dr. Orien L. Tulp, by his undersigned counsel, moves to deny defendants' motion for summary judgment.

Respectfully submitted,

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
Attorney I.D. No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
06/03/19
For: Tommy Swate, Esquire