| | | |
|---|---|---|
| DR. ORIEN L. TULP | : | UNITED STATES DISTRICT |
| | : | COURT FOR THE EASTERN |
| vs. | : | DISTRICT OF PENNSYLVANIA |
| | : | |
| EDUCATION COMMISSION FOR | : | CASE NO: 2:18-cv-05540-WB |
| FOREIGN MEDICAL GRADUATES | : | |
| and DR. WILLIAM C. PINSKY | : | HONORABLE WENDY BEETLESTONE |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of Defendants' Motion for Summary Judgment and Plaintiff's Answer thereto, it is hereby ORDERED that Defendants' Motion is DENIED.

By the Court:

_____
Honorable Wendy Beetlestone
United States District Court Judge