| DR. ORIEN L. TULP | : | UNITED STATES DISTRICT |
| --- | --- | --- |
| | : | COURT FOR THE EASTERN |
| vs. | : | DISTRICT OF PENNSYLVANIA |
| | : | |
| EDUCATION COMMISSION FOR | : | CASE NO: 2:18-cv-05540-WB |
| FOREIGN MEDICAL GRADUATES | : | |
| and DR. WILLIAM C. PINSKY | : | HONORABLE WENDY BEETLESTONE |

**PLAINTIFF'S APPENDIX – TABLE OF CONTENTS**

| Tab | Document | Page(s) |
| --- | --- | --- |
| 1. | Email from Dr. Pinsky to Dr. Tulp (12-14-18) | PA0552-PA0553 |
| 2. | Email from K. Corrado, J.D. to Dr. Tulp (10-18-18) | PA0554-PA0555 |
| 3. | Sponsor Note from ECFMG on WDOMS (11-27-18) | PA0556-PA0557 |
| 4. | Email of Sponsor Note, as above from Dr. Tulp (02-10-19) | PA0558 |
| 5. | Plaintiff's Complaint with Exhibits | PA0559-PA0590 |
| 6. | Defendant's Answer to Complaint and Affirmative Defenses | PA0591-PA0611 |
| 7. | Swate-Klayman Email Chain on "Undisputed Facts" (05-03-19 and 05-06-19) | PA0612-PA0613 |
| 8. | Email to McEnroe from Reil on (Joint) Appendix and Stipulations (05-02-19) | PA0614 |
| 9. | Scheduling Order of Court (01-25-19) | PA0615-PA0616 |

| 10. | Defendants' Responses to Plaintiff's Discovery Requests | PA0617-PA0662 |
| 11. | Spreadsheet of Student Loss at USAT (06-03-19) | PA0663-PA0665 |
| 12. | Affidavit of Dr. Tulp (06-03-19) | PA0666-PA0668 |
| 13. | ECFMG Sponsor Note from Dr. Tulp (05-26-19) | PA0669 |
| 14. | Transcript of ECFMG Hearing for Dr. Tulp (11-28-18) | PA0670-PA0702 |

Respectfully submitted,

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
Attorney I.D. No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
06/03/19
For: Tommy Swate, Esquire