# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DR. ORIEN L. TULP,**<br>       Plaintiff, | CIVIL ACTION |
| v. | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND DR. WILLIAM W. PINSKY,**<br>       Defendants. | NO. 18-5540 |

## ORDER

**AND NOW**, this 25th day of June, 2019, upon consideration of Defendant Education Commission for Foreign Medical Graduates' Motion for Summary Judgment (ECF No. 31), and Plaintiff's opposition thereto (ECF No. 33), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.

                                                                    BY THE COURT:


                                                                    /S/Wendy Beetlestone, J.

                                                                    _____
                                                                    **WENDY BEETLESTONE, J.**