LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| Dr. Orien L. Tulp <br> President of the <br> University of Science, Arts, and Technology <br> <br> vs. <br> <br> Educational Commission for <br> Foreign Medical Graduates <br> and <br> Dr. William W. Pinsky <br> President and CEO <br> Education Commission for <br> Foreign Medical Graduates | UNITED STATES DISTRICT <br> COURT FOR THE EASTERN <br> DISTRICT OF PENNSYLVANIA <br> CIVIL ACTION NO. 2:18-cv-05540-WB <br> <br> <br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Plaintiff, Dr. Orien L. Tulp, appeals to the United States Court of Appeals for the Third Circuit, the Orders of the Honorable Wendy Beetlestone, granting summary judgment to defendants (DKT. #36); and the Order granting, in part, the motion to dismiss by defendants (DKT. #29). A copy of these Orders are attached as Exhibits "A" and "B," respectfully.

Respectfully,

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
I.D. # 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
For: Tommy Swate, Esquire