| | |
|---|---|
| LAW OFFICES OF WILLIAM C. REIL<br>BY: William C. Reil, Esquire<br>Identification No. 26833<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>215-564-1635 | **ATTORNEY FOR PLAINTIFFS** |
| Dr. Orien L. Tulp<br>President of the<br>University of Science, Arts, and Technology : <br>vs.<br>Educational Commission for<br>Foreign Medical Graduates<br>and<br>Dr. William W. Pinsky<br>President and CEO<br>Education Commission for<br>Foreign Medical Graduates | UNITED STATES DISTRICT<br>COURT FOR THE EASTERN<br>DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION NO. 2:18-cv-05540-WB<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, William C. Reil, Esquire, hereby Certify that on this 23rd day of July, 2019, a true and correct of the Notice of Appeal was served on the following attorney for all defendants by ECF electronic service and FedEx:

Elisa P. McEnroe, Esquire
Morgan, Lewis, and Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dated: July 23, 2019

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
I.D. # 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
For: Tommy Swate, Esquire