**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DR. ORIEN L. TULP,             : | |
|         Plaintiff    : | |
|                                                   : | CIVIL ACTION |
| vs.             : | |
|                                                     : | NO. 18-5540 |
| EDUCATIONAL COMMISSION FOR    : | |
| FOREIGN MEDICAL GRADUATES., et al. : | |
|         Defendants   : | |

## JUDGMENT

**AND NOW**, this 22nd day of December, 2020, judgment is hereby entered in favor of Defendant Educational Commission for Foreign Medical Graduates, and against Plaintiff Dr. Orien L. Tulp, in the amount of $4,802.71.

                                                    KATE BARKMAN
                                                    Clerk of Court

                    By:    s/ Terry Milano
                              Deputy Clerk